AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Mark P. Sennott,  )  )  *Plaintiff*  )  )  )  v.  )  )  Greenville Hospital System; South Carolina Department of Employment and Workforce; South Carolina Department of Probation and Parole Board,  )  )  *Defendants* | Civil Action No.   6:15-cv-02556-MGL |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: It is ordered that this case is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Mary G. Lewis.

Date:   September 8, 2015                    *ROBIN L. BLUME, CLERK OF COURT*

                                  s/A. Buckingham, Deputy Clerk
                                  *Signature of Clerk or Deputy Clerk*